UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCENT PERRY, a Disabled Person by and through his Legal Guardian, ANNE PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEANT BRENT WELLS, and OFFICER GERALD BEMIS, Officers of the East Alton Police Department, THE VILLAGE OF EAST ALTON, ILLINOIS, OFFICER JOSHUA TIMMINS, OFFICER CHRISTOPHER ALFARO, Officers of the Wood River Police Department, and CITY OF WOOD RIVER, ILLINOIS,<br><br>    Defendants. | Case No. 12-cv-580-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 30) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice and without costs** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: February 5, 2013**

                                                                s/ J. Phil Gilbert
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**